UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CIVIL ACTION NO. 5:19-cv-00083

| | |
|---|---|
| ANGELA REBECCA KELLY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING MOTION TO** |
| ) | **DISMISS WITH PREJUDICE** |
| NORTHCHASE GAVI, LLC, ) | |
| PRINCIPAL REAL ESTATE ) | |
| INVESTORS, LLC, and PRINCIPAL ) | |
| FINANCIAL GROUP, INC., ) | |
| ) | |
| Defendants. | |

## ORDER

Upon consideration of the PLAINTIFF's Motion to Dismiss with Prejudice, the Court being of the opinion that there is good cause to grant the Motion, the Court hereby ORDERS:

That the Motion is GRANTED; and that it is further ORDERED that the case is dismissed with prejudice.

SO ORDERED this the 4th day of June 2020.

_____
UNITED STATES DISTRICT COURT JUDGE